**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KELSEY MURPHY, on behalf of herself and all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>HEALTH CARE SERVICE CORPORATION d/b/a BLUE CROSS AND BLUE SHIELD OF ILLINOIS,<br><br>Defendant. | Case No. 1:22-cv-02656<br><br>Hon. Steven C. Seeger<br><br>Magistrate Judge Gabriel A. Fuentes |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

Defendant Health Care Service Corporation, a Mutual Legal Reserve Company operating in Illinois as Blue Cross and Blue Shield of Illinois ("BCBSIL"), hereby moves to dismiss Plaintiff Kelsey Murphy's Complaint for failure to state a claim for relief pursuant to Federal Rule of Civil Procedure 12(b)(6). The argument and authorities supporting BCBSIL's Motion to Dismiss are set forth in detail in the accompanying Memorandum in Support of BCBSIL's Motion to Dismiss filed simultaneously herewith.

WHEREFORE, BCBSIL requests that the Court dismiss Plaintiff's Complaint with prejudice and grant any other relief the Court deems necessary and just.

Date: August 5, 2022                    Respectfully submitted,

/s/ Meredith A. Shippee
Martin J. Bishop
Bryan M. Webster
Meredith A. Shippee
REED SMITH LLP
10 S. Wacker Drive Suite 4000
Chicago, IL 60606
Tel. 312.207.1000
Fax 312.207.6400
mbishop@reedsmith.com
bwebster@reedsmith.com
mshippee@reedsmith.com

**Attorneys for Defendant Health Care Service Corporation, d/b/a Blue Cross and Blue Shield of Illinois**
