## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KELSEY MURPHY, on behalf of herself and all others similarly situated,<br><br>                    *Plaintiff*,<br>        v.<br><br>HEALTH CARE SERVICE CORPORATION d/b/a BLUE CROSS AND BLUE SHIELD OF ILLINOIS;<br><br>                    *Defendant*. | **Case No. 1:22-cv-02656**<br><br>**Hon. Steven C. Seeger**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

## PLAINTIFF'S UNOPPOSED MOTION TO MODIFY THE MEDIATION EXCHANGE SCHEDULE

Kelsey Murphy ("Plaintiff") hereby moves to modify the mediation exchange schedule to extend the deadline for Plaintiff's mediation statement submission until February 16, 2023. In support of her motion, Plaintiff states as follows:

1.  On November 6, 2023, the Court scheduled a settlement conference for February 27, 2024 (ECF No 52).

2.  The Court further ordered a mediation exchange schedule as follows:

    a.  Plaintiff's mediation statement submission: February 6, 2024;

    b.  Defendant's mediation statement submission: February 16, 2024;

    c.  Joint mediation statement submission: February 20, 2024.

    (ECF No. 52).

3.  On November 22, 2023, Plaintiff sent supplemental discovery to Defendant

1

Health Care Service Corporation d/b/a Blue Cross Blue Shield of Illinois ("BCBSIL"). The requested information and documents are crucial for Plaintiff to formulate a specific monetary proposal in her mediation statement.

4.  On December 22, 2023, BCBSIL responded to Plaintiff's supplemental discovery. BCBSIL's responses failed to include any of the requested substantive information and documents, despite BCBSIL's representation in its responses that it would either produce or identify responsive information and data.

5.  On January 30, 2024, BCBSIL's counsel committed to producing responsive documents to Plaintiff's December 22, 2023 discovery requests on February 2, 2024, and February 9, 2024.

6.  Counsel for BCBSIL has no objection to simultaneous submission of the parties' mediation statements on February 16, 2024.

7.  Plaintiff respectfully requests this court modify the mediation statement exchange schedule and to extend Plaintiff's mediation statement submission deadline to February 16, 2024.

Dated: January 31, 2024                    Respectfully Submitted,

                                           */s/ Molly C. Wells*
                                           Molly C. Wells
                                           Edward A. Wallace
                                           Mark R. Miller
                                           Wallace Miller
                                           150 N. Wacker Dr., Suite 1100
                                           Chicago, IL 60606
                                           T: 312.261.6193
                                           F: 312.275.8174
                                           E: eaw@wallacemiller.com
                                              mrm@wallacemiller.com
                                              mcw@wallacemiller.com

*Counsel for Plaintiff*