# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kelsey Murphy

                  Plaintiff,

v.                                                 Case No.: 1:22−cv−02656

                                                    Honorable LaShonda A. Hunt

Health Care Service Corporation

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 13, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: On Plaintiff's Motion to Compel Discovery (doc. #[65]) and on review of the associated briefing (doc. #[67], [69]), the parties' ongoing Rule 37 discussions and resolution or discovery compliance efforts to date indicate that no judicial intervention is called for at the moment. The Motion is denied as moot without prejudice, subject to renewal by noon on 9/27/24 as to any remaining disputes issues upon Rule 37.2 compliance. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.