**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KELSEY MURPHY, on behalf of herself and all others similarly situated, | |
| *Plaintiff*, | Case No.: 1:22-cv-02656 |
| -against- | |
| | Judge LaShonda A. Hunt |
| HEALTH CARE SERVICE CORPORATION d/b/a BLUE CROSS AND BLUE SHIELD OF ILLINOIS, | Magistrate Judge Gabriel A. Fuentes |
| *Defendant*. | |

## **AGREED ORDER**

This matter coming to be heard for a status hearing on November 26, 2024, due notice being given to the Parties, and the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

1. Defendant shall produce the claims documents in its possession, custody, or control, for the 72 claims described in defense counsel's November 21, 2024, email to Plaintiff's counsel by December 31, 2024;

2. Defendant shall produce the claims documents in its possession, custody, or control, for 25 of the 670 claims described by Plaintiff in the Parties' Joint Status Report (ECF 81) by December 31, 2024. Plaintiff shall choose the claims in question and will provide the list of claims to Defendant by December 3, 2024;

3. Plaintiff may request additional claims documents from Defendant to further investigate numerosity issues if needed. Defendant reserves the right to object to the production of claims documents for any additional claims beyond the claims identified in paragraphs 1 and 2 above; and

4. The Parties may seek an extension of the aforementioned deadlines and to the December 31, 2024, fact discovery deadline in order to comply with this order or if further discovery concerning the 670 claims described by Plaintiff in the Parties' Joint Status Report (ECF 81) is warranted.

Date: November 27, 2024

_____
Judge Gabriel A. Fuentes

Prepared by:

| | |
|---|---|
| Julia Ozello | Bryan Webster |
| Wallace Miller | Reed Smith LLP |
| 150 N. Wacker Dr., Suite 1100 | 10 S. Wacker Dr., 40th Floor |
| Chicago, IL 60606 | Chicago, IL 60606 |
| jo@wallacemiller.com | bwebster@reedsmith.com |