IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KELSEY MURPHY, on behalf of herself and all others similarly situated, | |
| *Plaintiff*, | Case No.: 1:22-cv-02656 |
| -against- | |
| HEALTH CARE SERVICE CORPORATION d/b/a BLUE CROSS AND BLUE SHIELD OF ILLINOIS, | Judge LaShonda A. Hunt |
| | Magistrate Judge Gabriel A. Fuentes |
| *Defendant*. | |

## JOINT STATUS REPORT

Pursuant to the Court's order of May 20, 2025 (ECF 107), Plaintiff Kelsey Murphy ("Plaintiff") and Defendant Health Care Service Corporation d/b/a Blue Cross Blue Shield of Illinois ("Defendant") respectfully submit this Joint Status Report. The parties have reached a settlement in principle and are working to negotiate a written settlement agreement. As such, the parties propose providing the Court with a settlement update by July 25, 2025.

Respectfully submitted,

s/ Julia Ozello
Julia Ozello
Edward A. Wallace
Mark R. Miller
Molly C. Wells
Matthew J. Goldstein
WALLACE MLLER
150 North Wacker Drive
Suite 1100
Chicago, IL 60606
jo@wallacemiller.com
eaw@wallacemiller.com

s/ Bryan Webster (w/ consent)
Bryan Webster
Martin Bishop
Coco Arima
Reed Smith LLP
10 S. Wacker Dr., 40th Floor
Chicago, IL 60606
bwebster@reedsmith.com
mbishop@reedsmith.com
carima@reedsmith.com

| | |
|---|---|
| mrm@wallacemiller.com <br> mcw@wallacemiller.com <br> mjg@wallacemiller.com | Zachary Kizitaff <br> Reed Smith LLP <br> 1717 Arch Street, Suite 3100 <br> Philadelphia, PA 19103 <br> zkizitaff@reedsmith.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |