**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Kelsey Murphy

                Plaintiff,

v.                                                  Case No.: 1:22−cv−02656

                                                               Honorable LaShonda A. Hunt

Health Care Service Corporation

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 7, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: Upon review of the parties' joint status report [108] and Judge Fuentes' order terminating the referral [109], the parties are ordered to file a stipulation of dismissal by 8/6/25. Otherwise, the case will be dismissed without prejudice with leave to reinstate within 60 days, at which point the dismissal will automatically convert to one with prejudice without further order of the court. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.