UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Kelsey Murphy

                Plaintiff,

v.                                             Case No.: 1:22–cv–02656
                                                    Honorable LaShonda A. Hunt

Health Care Service Corporation

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 14, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic status hearing held. Parties report that the settlement agreement has been signed, and payment is being processed. As discussed on the record, by 8/28/25, counsel shall file a stipulation of dismissal. If the anticipated stipulation of dismissal is not filed by that date, this case will be dismissed without prejudice provided that, by 10/27/25, any of the parties may upon good cause shown move to reinstate the action. If no party moves to reinstate the action by 10/27/25, the dismissal automatically converts to one with prejudice without further order. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.