IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KELSEY MURPHY, on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br><br>-against-<br><br>HEALTH CARE SERVICE CORPORATION d/b/a BLUE CROSS AND BLUE SHIELD OF ILLINOIS,<br><br>*Defendant*. | Case No.: 1:22-cv-02656<br><br>Judge LaShonda A. Hunt |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on September 4, at 10:00 a.m., or as soon thereafter as counsel may be heard, the parties shall appear before the Honorable Lashonda A. Hunt, or any judge sitting in her stead, in Room 1425 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Unopposed Motion to Extend Date on which the Court Dismisses this Matter Without Prejudice.

Date: August 28, 2025                                                          Respectfully submitted,

                                                                               */s/ Julia Ozello*
                                                                               Mark R. Miller
                                                                               Julia Ozello
                                                                               **WALLACE MLLER**
                                                                               200 W. Madison St., Suite 3400
                                                                               Chicago, IL 60606
                                                                               T: 312.261.6193
                                                                               F: 312.275.8174

1

mrm@wallacemiller.com
jo@wallacemiller.com

*Attorneys for Plaintiff*