# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Kelsey Murphy

                    Plaintiff,

v.                                                  Case No.: 1:22–cv–02656

                                                           Honorable LaShonda A. Hunt

Health Care Service Corporation

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 29, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiff's unopposed motion to extend date on which the court dismisses this matter without prejudice [119] is granted in part. Parties are granted until 9/10/25 to file a stipulation of dismissal. If the settlement payment has not been made by 9/10/25, the parties are ordered to appear on 9/11/25 at 10:00AM in Courtroom 1425. The motion hearing set for 9/4/25 [120] is stricken. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.