IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KELSEY MURPHY, on behalf of herself and all others similarly situated,<br><br>   *Plaintiff*,<br><br> -against-<br><br>HEALTH CARE SERVICE CORPORATION d/b/a BLUE CROSS AND BLUE SHIELD OF ILLINOIS,<br><br>   *Defendant*. | Case No.: 1:22-cv-02656<br><br>Judge LaShonda A. Hunt |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Kelsey Murphy ("Plaintiff") and Defendant Health Care Service Corporation d/b/a Blue Cross Blue Shield of Illinois ("Defendant") hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice, and without prejudice as to the claims of the putative class, with each party to bear their own costs.

Dated: September 5, 2025

*s/ Julia Ozello*
Mark R. Miller
Julia Ozello
WALLACE MLLER
200 W. Madison St., Suite 3400
Chicago, IL 60606
mrm@wallacemiller.com
jo@wallacemiller.com

*Attorneys for Plaintiff*

Respectfully submitted,

*s/ Bryan Webster (w/ consent)*
Bryan Webster
Crowell & Moring LLP
455 North Cityfront Plaza Drive, Suite 3600
Chicago, IL 60611
bwebster@crowell.com

*Attorney for Defendant*

1